OPINION — AG — ** FORFEITURE OF APPEARANCE BOND — LIEN — REAL PROPERTY ** IT IS THE DUTY OF THE COUNTY ATTORNEY (DISTRICT ATTORNEY) TO DEFEND AN ACTION WHEREIN AN JUDGMENT IS PRAYED DECLARING THAT A JUDGMENT UPON A FORFEITED APPEARANCE BOND, OBTAINED BY A COUNTY ATTORNEY OF THE SAME COUNTY, DOES `NOT' CONSTITUTE A LIEN UPON CERTAIN REAL PROPERTY. (CIVIL ACTION, JUDGMENT, COUNTY) CITE: 19 O.S. 183 [19-183], 19 O.S. 186 [19-186], 19 O.S. 189 [19-189], 22 O.S. 1108 [22-1108] (JAMES C. HARKIN)